Case 3:13-cv-01228-MJR-SCW Document 2-1 Filed 11/25/13 Page 1 of 9 Page ID #7

OCT-17-2013 THU 12:17 PM Shawnee Health Service       FAX NO. 6189856660       P. 02
OCT-17-2013 THU 10:33 AM DR.BISHOP                    FAX:6184578022           P.002

C13-03078
RSP510

## STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE **FIRST** JUDICIAL CIRCUIT
**WILLIAMSON** COUNTY

TERESA ALTHOFF,

    Plaintiff,

vs.

DONALD BISHOP, M.D.,
SHAWNEE WOMEN'S HEALTH,
SCOTT BRANNAN, M.D.,
CAPE RADIOLOGY GROUP, P.C., and
SOUTHERN ILLINOIS HOSPITAL SERVICES,
d/b/a MEMORIAL HOSPITAL OF CARBONDALE,
a corporation,

    DEFENDANTS,

No. 13-L-128

## SUMMONS

SHAWNEE WOMEN'S HEALTH, 202 W. Jackson Street, Carbondale, IL 62901

To each defendant:

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court **Williamson County Courthouse** building, room _____, **200 W. Jefferson, Suite 100, Marion**, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS ____10/17____, 20 13

(Seal of Court)

_____
(Check of the Circuit Court)

By: _____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)

Name: **THOMAS Q. KEEFE, JR.**
Attorney for: **PLAINTIFF**
Address: **#6 Executive Woods Court**
City: **Belleville, IL 62226**
Telephone: **618/236-2221**

10/17/13

Exhibit 1

IN THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

**FILED**
OCT 0 1 2013
Stuart Hall
CLERK OF THE CIRCUIT COURT

TERESA ALTHOFF, )
)
    Plaintiff, )
)
v. ) Case No. 13-L-128
)
DONALD BISHOP, M.D., )
SHAWNEE WOMEN'S HEALTH, )
SCOTT BRANNAN, M.D., )
CAPE RADIOLOGY GROUP, P.C., )
and SOUTHERN ILLINOIS )
HOSPITAL SERVICES, )
d/b/a MEMORIAL HOSPITAL OF )
CARBONDALE, a corporation, )
)
    Defendants. )

## O R D E R

Pursuant to plaintiff's Motion filed herein, leave is hereby granted her to file her First Amended Complaint and to add additional party defendants, SHAWNEE WOMEN'S HEALTH and CAPE RADIOLOGY GROUP, P.C.

_____
JUDGE

Dated: 9-30-13

IN THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

TERESA ALTHOFF, )
)
    Plaintiff, )
)
v. ) Case No. 13-L-128
)
DONALD BISHOP, M.D., )
SHAWNEE WOMEN'S HEALTH, )
SCOTT BRANNAN, M.D., )
CAPE RADIOLOGY GROUP, P.C., )
and SOUTHERN ILLINOIS )
HOSPITAL SERVICES, )
d/b/a MEMORIAL HOSPITAL OF )
CARBONDALE, a corporation, )
)
    Defendants. )

**FILED**
SEP 27 2013
*Stuart Wall*
CLERK OF THE CIRCUIT COURT

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Comes now the plaintiff, by and through her attorneys, KEEFE & KEEFE, P.C., and for her Motion to File First Amended Complaint states:

1. That discovery has disclosed the existence of additional defendants, SHAWNEE WOMEN'S HEALTH, employer of defendant Donald Bishop, M.D., and CAPE RADIOLOGY GROUP, P.C., employer of defendant Scott Brannan, M.D., and plaintiff wishes to amend the complaint to conform to this additional evidence.

WHEREFORE, plaintiff prays this Court for an Order permitting her to file her First Amended Complaint.

THOMAS Q. KEEFE, JR.
IL REG NO. 03123418
Attorney for Plaintiff

KEEFE & KEEFE, P.C.
#6 Executive Woods Court
Belleville, IL 62226
618/236-2221 (ph)
618/236-2194 (fx)

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleading of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Main Box in Belleville, Illinois on _____ day of _____.

IN THE CIRCUIT COURT
FIRST JUDICIAL CIRCUIT
WILLIAMSON COUNTY, ILLINOIS

TERESA ALTHOFF, )
)
    Plaintiff, )
)
v. ) Case No. 13-L-128
)
DONALD BISHOP, M.D., )
SHAWNEE WOMEN'S HEALTH, )
SCOTT BRANNAN, M.D., )
CAPE RADIOLOGY GROUP, P.C., )
and SOUTHERN ILLINOIS )
HOSPITAL SERVICES, )
d/b/a MEMORIAL HOSPITAL OF )
CARBONDALE, a corporation, )
)
    Defendants. )

**FILED**
OCT 0 1 2013
*Stuart Hall*
CLERK OF THE CIRCUIT COURT

## FIRST AMENDED COMPLAINT

### COUNT I
(Negligence v. Donald Bishop, M.D.)

COMES NOW the plaintiff, by and through her attorneys KEEFE & KEEFE, P.C., and for Count I of her First Amended Complaint against the defendant, DONALD BISHOP, M.D., states:

1) That at all times herein mentioned, the plaintiff, Teresa Althoff, was a citizen and resident of the State of Illinois.

2) That at all times herein mentioned, defendant Donald Bishop, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois, when he assumed the care of plaintiff, Teresa Althoff.

Page 1 of 9

3) That at all times herein mentioned, defendant Scott Brannan, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois, when he assumed the care of plaintiff, Teresa Althoff.

4) That at all times herein mentioned, defendant Shawnee Women's Health was a corporation, authorized and doing business in the State of Illinois, when they, by and through their agents, servants, employees, nurses, physicians, and other healthcare providers assumed the care of plaintiff, Teresa Althoff.

5) That at all times herein mentioned, defendant Cape Radiology Group, P.C. was a corporation, authorized and doing business in the State of Illinois, when they, by and through their agents, servants, employees, nurses, physicians, and other healthcare providers assumed the care of plaintiff, Teresa Althoff.

6) That at all times herein mentioned, defendant Southern Illinois Hospital Services, d/b/a Memorial Hospital of Carbondale, was a corporation, authorized and doing business in the State of Illinois, when they, by and through their agents, servants, employees, nurses, physicians, and other healthcare providers assumed the care of plaintiff, Teresa Althoff.

7) That at all times herein mentioned, the defendant, Donald Bishop, M.D., was an agent, apparent agent, servant or employee

Case 3:13-cv-01228-MJR-SCW   Document 2-1   Filed 11/25/13   Page 7 of 9   Page ID #108

OCT-17-2013 THU 12:18 PM Shawnee Health Service     FAX NO. 6189635060        P.008
OCT-17-2013 THU 10:34 AM DR.BISHOP                  FAX:6184578022

of the defendant, Shawnee Women's Health and defendant Southern Illinois Medical Services d/b/a Carbondale Memorial Hospital.

8) That at all times herein mentioned, the defendant, Scott Brannan, M.D., was an agent, apparent agent, servant or employee of the defendant, Cape Radiology Group, P.C. and defendant Southern Illinois Medical Services d/b/a Carbondale Memorial Hospital.

9) That on or about November 15, 2011, Teresa Althoff underwent a surgical procedure performed by Donald Bishop, M.D., at Carbondale Memorial Hospital in Carbondale, Illinois in Carbondale, Illinois to remove a cyst from her ovary during which her sigmoid colon was perforated and after which an abscess developed.

10) That on or about November 23, 2011, Teresa Althoff underwent a percutaneous drainage procedure performed by Scott Brannan, M.D. at Carbondale Memorial Hospital in Carbondale, Illinois during which her iliac artery was perforated.

11) That the defendants, individually and by through its agents, servants, and employees, were guilty of one or more of the following negligent acts or omissions:

    a)    Negligently and carelessly failed to diagnose colon perforation during the laproscopic surgery on November 15, 2011;

Page 3 of 9

Case 3:13-cv-01228-MJR-SCW Document 2-1 Filed 11/25/13 Page 8 of 9 Page ID#14

OCT-17-2013 THU 12:18 PM Shawnee Health Service    FAX NO. 6189856860        P. 09
OCT-17-2013 THU 10:34 AM DR.BISHOP              FAX:6184578022         P.009

of her First Amended Complaint as and for paragraphs 1 through and including 12 of Count II of her First Amended Complaint.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT III
### (Negligence v. Scott Brannan, M.D.)

COMES NOW the plaintiff, by and through her attorneys, KEEFE & KEEFE, P.C., and for Count III of her First Amended Complaint against the defendant SCOTT BRANNAN, M.D., states:

1-12) Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 12 of Count I of her First Amended Complaint as and for paragraphs 1 through and including 12 of Count III of her First Amended Complaint.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT IV
### (Negligence v. Cape Radiology Group, P.C.)

COMES NOW the plaintiff, by and through her attorneys, KEEFE & KEEFE, P.C., and for Count IV of her First Amended Complaint against the defendant CAPE RADIOLOGY GROUP, P.C., states:

1-12) Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 12 of Count I of her First Amended Complaint as and for paragraphs 1 through and including 12 of Count IV of her First Amended Complaint.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

### COUNT V
(Negligence v. Southern Illinois Hospital Services, d/b/a Carbondale Memorial Hospital)

COMES NOW the plaintiff, by and through her attorneys, KEEFE & KEEFE, P.C., and for Count V of her First Amended Complaint against the defendant SOUTHERN ILLINOIS HOSPITAL SERVICES, d/b/a CARBONDALE MEMORIAL HOSPITAL, states:

1-12) Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 12 of Count I of her First Amended Complaint as and for paragraphs 1 through and including 12 of Count V of her First Amended Complaint.

WHEREFORE, plaintiff demands judgment against the defendant in an amount greater than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus costs.